IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

JUNE HARTS,

    Plaintiff,

v.

CARGILL, INCORPORATED,

    Defendant.

Case No. 2:05-cv-2628-BBD-sta

## ORDER

This matter coming to be heard on the unopposed motion of Defendant, Cargill, Incorporated ("Cargill"), for an extension of time to answer or otherwise plead through September 27, 2005, due notice having been given and the Court being duly advised in the premises, it is hereby ordered:

    That the motion is **GRANTED** and Cargill's time to answer or otherwise plead is hereby extended through September 27, 2005.

**SO ORDERED** this 08th day of September, 2005.

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-9-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:05-CV-02628 was distributed by fax, mail, or direct printing on September 9, 2005 to the parties listed.

---

Joseph M. Crout
BOWLING & BOWLING
7936 Players Forest Dr.
Memphis, TN 38119

Joel H. Spitz
MCGUIREWOODS LLP
77 West Wacker Drive
Suite 4100
Chicago, IL 60601

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Michael R. Phillips
MCGUIREWOODS LLP
77 West Wacker Drive
Suite 4100
Chicago, IL 60601

Thomas L. Henderson
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Honorable Bernice Donald
US DISTRICT COURT