IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 NOV -2  PM 1:26

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| JUNE HARTS,<br><br>      Plaintiff,<br><br>v.<br><br>CARGILL, INCORPORATED,<br><br>      Defendant. | Case No. 2:05-cv-2628-BBD-sta |

### ORDER GRANTING DEFENDANT'S MOTION FOR ADMISSION *PRO HAC VICE* OF ATTORNEY JOEL H. SPITZ

Before the Court is Defendant, Cargill, Incorporated's Motion for Admission *Pro Hac Vice* of Attorney Joel H. Spitz. For good cause shown the motion is **GRANTED.** Attorney Joel H. Spitz is herby granted permission to participate in this case.

**IT IS SO ORDERED** this 2nd day of November, 2005.

                                        BERNICE B. DONALD
                                        UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:05-CV-02628 was distributed by fax, mail, or direct printing on November 2, 2005 to the parties listed.

---

Joseph M. Crout
BOWLING & BOWLING
7936 Players Forest Dr.
Memphis, TN 38119

Melissa M. Bien
MCQUIREWOODS LLP
77 West Wacker Drive
Chicago, IL 60601

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Thomas L. Henderson
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Joel H. Spitz
MCGUIREWOODS LLP
77 West Wacker Dr.
Ste. 4100
Chicago, IL 60601

Michael R. Phillips
MCGUIREWOODS LLP
77 West Wacker Drive
Suite 4100
Chicago, IL 60601

Honorable Bernice Donald
US DISTRICT COURT