FILED BY ___ D.C.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

05 NOV -2 PM 1:26

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| JUNE HARTS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CARGILL, INCORPORATED,<br><br>　　　　Defendant. | Case No. 2:05-cv-2628-BBD-sta |

## ORDER GRANTING DEFENDANT'S MOTION FOR ADMISSION *PRO HAC VICE* OF ATTORNEY MELISSA M. BIEN

Before the Court is Defendant, Cargill, Incorporated's Motion for Admission *Pro Hac Vice* of Attorney Melissa M. Bien. For good cause shown the motion is **GRANTED**. Attorney Melissa M. Bien is herby granted permission to participate in this case.

**IT IS SO ORDERED** this 2nd day of November, 2005.

_____
BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

Active\3290737.1

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-2-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:05-CV-02628 was distributed by fax, mail, or direct printing on November 2, 2005 to the parties listed.

---

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Melissa M. Bien
MCQUIREWOODS LLP
77 West Wacker Drive
Chicago, IL 60601

Michael R. Phillips
MCGUIREWOODS LLP
77 West Wacker Drive
Suite 4100
Chicago, IL 60601

Joel H. Spitz
MCGUIREWOODS LLP
77 West Wacker Dr.
Ste. 4100
Chicago, IL 60601

Thomas L. Henderson
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Joseph M. Crout
BOWLING & BOWLING
7936 Players Forest Dr.
Memphis, TN 38119

Honorable Bernice Donald
US DISTRICT COURT